## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| B.H., a minor child, by and through her natural parents and guardians, Billy and Jackie Holder, *et al*.<br><br>                      Plaintiffs,<br><br>v.<br><br>GOLD FIELDS MINING, LLC, *et al.*,<br><br>    Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>                Third-Party Defendants. | Case No. 04-CV-564-CVE-PJC<br>*BASE FILE* |

### **STIPULATION OF DISMISSAL**

Plaintiffs and Defendants The Doe Run Resources Corporation, Blue Tee Corp. and Gold Fields Mining, LLC, by and through their counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of all claims between these parties in the above-captioned consolidated cases. Each party is responsible for payment of its own costs.

Respectfully submitted,

/s  Kris Ted Ledford
  *Signed by filing attorney with permission*
Kris Ted Ledford, OBA #17552
Patrick H. Kernan, OBA #4983
KERNAN & LEDFORD
1437 South Boulder Ave., Suite 820
Tulsa, OK  74119
Telephone:  (918) 382-1960
Facsimile:  (918) 382-1963
kledford@kernanledford.com

/s Kirk F. Marty
Robert J. Joyce, OBA # 12728
Chris A. Paul, OBA #14416
David M. vonHartitzsch, OBA # 18865
Joyce & Paul, PLLC
200 MAPCO Plaza
1717 S. Boulder Avenue
Tulsa, Oklahoma  74103
Telephone:  918-599-0700

pkernan@kernanledford.com

Stephen D. Susman, Texas State Bar No. 19521000
Vineet Bhatia, Texas State Bar No. 00795976
Carolyn P. Courville, Texas State Bar No. 24007042
David S. Siegel, Texas State Bar No. 18341930
SUSMAN GODFREY, LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
SSusman@SusmanGodfrey.com
VBhatia@SusmanGodfrey.com
CCourville@SusmanGodfrey.com
DSiegel@SusmanGodfrey.com

Richard D. Gibbon, OBA #3340
Bradford D. Barron, OBA #17571
Zachary T. Barron, OBA #18919
GIBBON, BARRON & BARRON, P.A.
2 West Sixth, Suite 320
Tulsa, OK 74119
Telephone: (918)745-0687
Facsimile: (918) 745-0821
rgibbon@gbbfirm.com
bbarron@gbbfirm.com
zbarron@gbbfirm.com

**ATTORNEYS FOR PLAINTIFFS**

Telecopier: 918-732-5370

and

Stanley D. Davis
Tristan L. Duncan
Kirk F. Marty
**SHOOK HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: 816-474-6550
Telecopier: 816-421-5547

ATTORNEYS FOR DEFENDANTS BLUE TEE CORP. AND GOLD FIELDS MINING, LLC


**LEWIS, RICE & FINGERSH, L.C.**

By: /s Richard A. Ahrens
*(signed with permission by filing counsel)*
Richard A. Ahrens
Robert J. Will
C. David Goerisch
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Facsimile: (314) 241-6056

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON**

T. Lane Wilson OBA #16343
Karrissa K. Cottom, OBA #20126
320 S. Boston Avenue, Suite 400
Tulsa, OK 74103-3708
Telephone: (918) 594-0400
Facsimile: (918) 594-0505

ATTORNEYS FOR DEFENDANT THE DOE RUN RESOURCES CORPORATION

## CERTIFICATE OF SERVICE

☑ I do hereby certify that on the 4th day of June, 2007, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| George Gibbs | ggibbs@tulsacounsel.com |
| Tom L. Armstrong | tarmstrong@tulsacounsel.com, jyoung@tulsacounsel.com |
| George R. Mullican | gmullican@tulsacounsel.com, kcassity@tulsacounse.com |
| Christopher D. Wolek | cwolik@tulsacounsel.com |
| Jonathan D. Cartledge | jcartledge@tulsacounsel.com |

*Attorneys for Third-Party Defendant Burlington Northern and Santa Fe Railway Company*

| | |
|---|---|
| Ronald N. Ricketts | rricketts@gablelaw.com, courtfiling@gablelaw.com, lmcduff@gablelaw.com |

*Attorneys for Third-Party Defendant Eagle Picher Incorporated*

| | |
|---|---|
| Steven M. Talson | steven.talson@usdoj.gov |
| Jason S. Patil | jason.patil2@usdoj.gov |
| Loretta F. Radford | loretta.radford@usdoj.gov, carie.s.mcwilliams@usdoj.gov, santilta.ogren@usdoj.gov |

*Attorneys for Third-Party Defendant The United States of America*

| | |
|---|---|
| Barry G. Reynolds | reynolds@titushillis,com, brandy@titushillis.com |
| Kelley Gilbert Loud | kloud@titushillis.com |

*Attorneys for Third-Party Defendant Jeb Dehanas*

| | |
|---|---|
| Stephen R. Ward | sward@cwlaw.com, lspears@cwlaw.com |
| Shelley Lambert Carter | scarter@cwlaw.com |
| Bill Robins III | robins@heardrobins.com, swatkins@heardrobins.com, rprice@heardrobins.com |

*Attorneys for Numerous Third-Party Defendant Individuals*

| | |
|---|---|
| John A. Nicholas | nicholas@brmclaw.com |

*Attorneys for Third-Party Defendant Betty Lee McDonald*

/s  Kirk F. Marty