### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BH, a minor child, by and through her natural parents, BILLY and JACKIE HOLDER, et al.** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**GOLD FIELDS MINING CORP., et al.,** )<br>)<br>**Defendants/Third-Party Plaintiffs,** )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA, et al.,** )<br>)<br>**Third-Party Defendants.** ) | **Case No. 04-CV-0564-CVE-PJC**<br><u>**BASE FILE**</u><br><br>**Case Consolidated with:**<br>**No. 04-CV-804 (Crockett)** |

### ADMINISTRATIVE CLOSING ORDER

The Parties have stated they have no objection to the administrative closing of this case as to defendant ASARCO Incorporated ("ASARCO") only, pending final adjudication of proceedings in the United States Bankruptcy Court for the Southern District of Texas. As there are no objections and these proceedings are stayed as to ASARCO by the bankruptcy action,

**IT IS HEREBY ORDERED** that the Clerk **administratively close** this action in his records as to defendant **ASARCO only**, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any purpose required to obtain a final determination of the litigation.

If, within 60 days of a final adjudication of the bankruptcy proceedings or a lifting of the stay, the parties have not reopened for the purpose of obtaining a final determination herein, this action shall be deemed dismissed with prejudice as to ASARCO.

**IT IS SO ORDERED** this 10th day of January, 2008.

CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT